Prob 12AP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Nairu Anthjuan HENDERSON |
| **Docket Number:** | 1:96CR05287-001 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02-17-98 |
| **Original Offense:** | 21USC 841(a)(1) and 2, Distribution of Cocaine Base and Aiding and Abetting (CLASS A FELONY)<br>21 USC 841(a)(1) and 2, Distribution of Cocaine Base and Aiding and Abetting<br>(CLASS A FELONY) |
| **Original Sentence:** | 102 Bureau of Prisons; 60 months supervised release; and a $200 special assessment; mandatory testing |
| **Special Conditions:** | Warrantless search; participation in correctional treatment program; co-payment for treatment or testing; not to own, possess or have access to paging device or cellular phone |
| **Other Court Action:** | |
| **09-30-04**: | Court notified of illicit drug use and missed testing appointments; no action recommended. |
| **04-17-05**: | Probation Form 12B submitted modifying conditions of supervision to include 120 days community corrections center placement due to illicit drug use and missed testing appointments. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06-23-04 |

Rev. 02/2004
PROB12AP.MRG

**RE:**   **Nairu Anthjuan HENDERSON**
    **Docket Number:  1:96CR05287-001 OWW**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The information is reported for advisement purposes only; no further Court action is requested at this time.

**1.   NEW ARRESTS/CONVICTIONS**

**Details of alleged non-compliance:**  On January 14, 2006, the releasee was arrested by the Bakersfield Police Department for violation of California Health and Safety Code Sections 11351.5 - Possession of Cocaine Base For Sale, 11350 - Transportation of a Controlled Substance, and violation of California Penal Code Sections 186.22(A) - Participation in a Criminal Street Gang and 69 - Obstruction of a Peace Officer.

**United States Probation Officer plan/justification:**  The releasee is currently in custody at the Kern County Jail (booking #1691072) awaiting his next court date of January 27, 2006, on Kern County Superior Court case #BF113292A.  It is the recommendation of this officer that no action be taken until a disposition has been reached on the state case, at which time the probation officer will notify the Court with an appropriate recommended action.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   January 25, 2006
    Bakersfield, California
    FE:dk

            /s/ Rick C. Louviere
**Reviewed by:**   _____
            **RICK C. LOUVIERE**
            **Supervising United States Probation Officer**

**RE:   Nairu Anthjuan HENDERSON
        Docket Number:  1:96CR05287-001 OWW**

---

No response will be necessary for this notice unless the Court directs that additional action be taken.  If the Court desires additional action or information, please call this officer at (661) 861-4354.  Your Honor's signature below signifies the Court has reviewed this report.

| | |
|---|---|
| Jan. 27, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **Signature of Judicial Officer** |

Attachment:  PSR (Sacramento only)